WILLARD ADAMS, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 27117.)

Submitted October 1, 1946; decided October 17, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Harold S. Coyne, John R. Davison, Charles F. Steele* and *Kenneth J. Dugan* of counsel), for appellant.

*Ernest B. Morris* and *Edward G. Dillon* for respondent.

Judgment affirmed with costs; no opinion.

· Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.